**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Rome Division
Room 339, Federal Building
600 East First Street
Rome, GA 30161−3187

www.ganb.uscourts.gov

In Re:

    **Raul F Juarez**      Case No.: **13−40894−mgd**
    Chapter: **13**

    **Maria G. Juarez**      Judge: **Mary Grace Diehl**

## *NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)*

NOTICE IS HEREBY GIVEN TO THE DEBTOR that the above referenced case, which was filed on 3/29/13, contains one or more filing deficiencies which must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov. Failure to correct a deficiency on or before the deadline(s) shown below **may result in dismissal of this case without further notice or opportunity for hearing.**

**To be filed by 04/05/13**
Signed Form B21 (Statement of Social Security Number or Individual Taxpayer Identification Number)

**To be Filed by 04/12/13**
Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the debtor did not receive pay stubs from any employer and was either Unemployed, Self−employed or other explanation.
Chapter 13 Plan, complete with signatures
Attorney Disclosure of Compensation Form (Official form B203)

**To be filed by 04/28/13**
None Apply

**Failure to timely file missing documents or correct deficiencies may result in the dismissal of your bankruptcy case without further notice or opportunity for hearing.**

Dated: 4/1/13      M. Regina Thomas
    Clerk of Court

Form 430a February 2013      By: Stacey Jones
        Deputy Clerk